(134 So. 914)

## James R. MONTGOMERY v. M. S. DREWRY, Mayor, etc., et al.

### 6 Div. 803.

Supreme Court of Alabama.
May 21, 1931.

Thos. J. Carey and J. A. Posey, both of Haleyville, for appellant.

Roy Mayhall, of Haleyville, and Travis Williams, of Russellville, for appellees.

GARDNER, J.

Under the authority of Town Council of Guntersville v. Henry, 222 Ala. 474, 133 So. 5, which was rested upon Coons v. Isbell, 222 Ala. 409, 132 So. 891, where the question here involved was fully discussed, petitioner is entitled to the relief he seeks to compel the holding of a municipal election for Haleyville.

There is nothing in the present case which differentiates it from those above noted, and under these authorities, the judgment must be reversed, and the cause remanded for appropriate proceedings in harmony with these views.

Reversed and remanded.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

(134 So. 915)

## George NELSON, Jr., v. STATE.

### 8 Div. 244.

Supreme Court of Alabama.
May 21, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(134 So. 915)

## J. N. NIXON et al. v. T. A. SNELLGROVE.

### 8 Div. 162.

Supreme Court of Alabama.
April 23, 1931.

T. Harvey Wright, of Guntersville, for appellants.

Street, Bradford & Street, of Guntersville, for appellee.

FOSTER, J.
Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(134 So. 915)

## PACIFIC MUTUAL LIFE INS. CO. OF CAL. v. C. A. GOODWIN et al.

### 6 Div. 737.

Supreme Court of Alabama.
April 21, 1931.

PER CURIAM.
Appeal dismissed.

(134 So. 915)

## PROTECTIVE LIFE INS. CO. v. C. A. GOODWIN et al.

### 6 Div. 739.

Supreme Court of Alabama.
April 21, 1931.

PER CURIAM.
Appeal dismissed.